FILED
March 23, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D27

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** | Dennis Michael Lynch and Kelly Louree Lynch |
| **Case No :** | 08−36556 − C − 7 |
| **Date :** | 3/17/09 |
| **Time :** | 09:30 |
| **Matter :** | [19] − Motion/Application for Relief from Stay [JCW−1] Filed by Creditor Mortgage Electronic Registration Systems Inc. (Fee Paid $150) (pdes) |
| **Judge :** | Christopher M. Klein |
| **Courtroom Deputy :** | Teresa Jackson |
| **Reporter :** | Diamond Reporters |
| **Department :** | C |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted as to the interest of the trustee, and denied as moot as to the interest of the debtor. Resolved without oral argument.

Dated: March 21, 2009

United States Bankruptcy Judge